# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05cv242

| | |
|---|---|
| SPENCER MACFIE (MAC) MORROW, ) ) Plaintiff, ) ) Vs. ) ) STILL HUNTER, JR.; and MICHAEL ) ENTERPRISES, INC., ) ) Defendants. ) _____ ) | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion to Hold Case In Abeyance pending exchange of settlement documents. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Hold Case In Abeyance pending exchange of settlement documents (#__) is **GRANTED,** and this matter is held in abeyance and all deadlines are **STAYED** up to and inclusive of November 27, 2005.

**Signed: September 27, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge